```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 22710
     JOHN PAUL BAUGHMAN SR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8427


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 06/15/2004 and was confirmed 09/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was paid in full 12/10/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
ARCADIA FINANCIAL          SECURED           6894.24        739.70       6894.24
MIDLAND MORTGAGE CO        CURRENT MORTG    24116.53           .00      24116.53
MIDLAND MORTGAGE CO        MORTGAGE ARRE     6477.36           .00       6477.36
ACADEMY COLLECTION SERVI   UNSECURED       NOT FILED           .00           .00
CARDIOLOGY VASCULAR OF W   UNSECURED       NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00           .00
BLOCKBUSTER                UNSECURED       NOT FILED           .00           .00
CRST                       UNSECURED       NOT FILED           .00           .00
IL DEPT OF EMPLOYMENT SE   UNSECURED       NOT FILED           .00           .00
MAGES & PRICE              UNSECURED       NOT FILED           .00           .00
NICOR GAS                  UNSECURED         1181.74           .00        236.35
RESURGENT CAPITAL SERVIC   UNSECURED          680.69           .00        136.14
AT & T BANKRUPCTY          UNSECURED       NOT FILED           .00           .00
STATE FARM FIRE & CASUAL   UNSECURED         5160.38           .00       1032.08
WELL GROUP HEALTH PARTNE   UNSECURED       NOT FILED           .00           .00
WESTCHESTER MEDICAL CTR    UNSECURED       NOT FILED           .00           .00
LVNV FUNDING LLC           UNSECURED         6285.95           .00       1257.19
ARCADIA FINANCIAL          UNSECURED           88.86           .00         17.77
MIDLAND MORTGAGE CO        COST OF COLLE        .00            .00           .00
CHICAGO LAWYERS GROUP PC   REIMBURSEMENT      194.00           .00        194.00
MIDFIRST BANK              NOTICE ONLY    NOT FILED            .00           .00
CHICAGO LAWYERS GROUP PC   DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                       2,512.85
DEBTOR REFUND              REFUND                                          555.79

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 46,870.00

PRIORITY                                         194.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 22710 JOHN PAUL BAUGHMAN SR
```

```
SECURED                                                       37,488.13
    INTEREST                                                     739.70
UNSECURED                                                      2,679.53
ADMINISTRATIVE                                                 2,700.00
TRUSTEE COMPENSATION                                           2,512.85
DEBTOR REFUND                                                    555.79
                                    ---------------      ---------------
TOTALS                                    46,870.00            46,870.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/27/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE